UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ANDTHONY RAY SPEARS, :
:
      Petitioner : CIVIL NO. 1:CV-17-0172
  vs. :
: (Judge Caldwell)
A. DOWLING, *et al.*, :
:
      Respondents :

*O R D E R*

And now, this 12th day of April, 2017, upon consideration of Petitioner's letter-motion to withdraw his habeas petition (ECF No. 7), it is ORDERED that:

    1. The motion (ECF No. 7) is granted.

    2. The petition for a writ of habeas corpus (ECF No. 1), filed pursuant to 28 U.S.C. § 2241, really one for a writ of mandamus, is deemed withdrawn.

    3. All other pending motions associated with Spears' habeas petition are denied as moot.

    4. The Clerk of Court is directed to close this file.

                              /s/ William W. Caldwell
                              William W. Caldwell
                              United States District Judge